1  EISENBERG RAIZMAN THURSTON & WONG LLP
   David H. Raizman (SBN 129407)
2  Elena S. Min (SBN 235065)
3  11601 Wilshire Boulevard, Fifth Floor
   Los Angeles, California 90025
4  Telephone: (310) 235-1400
5  Facsimile: (310) 235-1490
   Email: draizman@ertwllp.com
6         emin@ertwllp.com

7  Attorneys for Defendants
   Pacific Hotel Management, LLC and
8  Pacific Hotel Development Venture, L.P.

*E-filed 11/14/06*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ACCESSIBILITY FOR ALL, INC., a New York not for profit corporation, and NELSON M. STERN, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>SHERATON PALO ALTO HOTEL, SHERATON CORP., PACIFIC HOTEL MANAGEMENT LLC, PACIFIC HOTEL DEVELOPMENT VENTURE, STANFORD UNIVERSITY – CLEMENT CHEN ASSOCIATES,<br><br>Defendants. | Case No. 05 CV 4127 HRL<br><br>**STIPULATION OF PARTIES TO EXTEND TIME TO COMPLY WITH GENERAL ORDER NO. 56; [PROPOSED] ORDER** |

Plaintiffs Accessibility for All, Inc. and Nelson M. Stern, on the one hand, and Defendants Pacific Hotel Management, LLC and Pacific Hotel Development Venture, L.P., on the other hand, by and through their attorneys of record, stipulate as follows:

1. On October 30, 2006, the parties participated in a telephone conference with Alternative Dispute Resolution Program Staff Attorney, Daniel Bowling.

2. The parties agreed, and Mr. Bowling concurred, that the time to comply with General Order No. 56 should be extended so that the parties can continue to engage in settlement discussions.

3. On November 22, 2006 at 9:30 a.m., the parties will participate in a follow-up telephone conference with Mr. Bowling to discuss progress toward settlement and to report whether mediation is necessary.

4. The parties request an extension to complete their meet and confer on settlement and to decide whether mediation is necessary until November 22, 2006, and a corresponding extension of all other time requirements set forth in General Order No. 56 based on the new dates set above.

Dated: November 2, 2006

Respectfully submitted,

EISENBERG RAIZMAN THURSTON & WONG LLP
David H. Raizman
Elena S. Min

By: /s/ David H. Raizman
David H. Raizman
Attorneys for Defendants
Pacific Hotel Management, LLC and
Pacific Hotel Development Venture, L.P.

Dated: November 6, 2006

LAW OFFICES OF NELSON STERN
Nelson Stern

By: /s/ Nelson M. Stern
Nelson M. Stern
Attorneys for Plaintiffs
Accessibility for All, Inc. and Nelson M. Stern

[xxxxxxxxxx] **ORDER**

Pursuant to Stipulation, it is so ordered.

Dated: 11/14/06

U.S. DISTRICT COURT
MAGISTRATE JUDGE

STIPULATION OF PARTIES

PROOF OF SERVICE