1  EISENBERG RAIZMAN THURSTON & WONG LLP
   David H. Raizman (SBN 129407)
2  Elena S. Min (SBN 235065)
3  11601 Wilshire Boulevard, Fifth Floor
   Los Angeles, California 90025
4  Telephone:  (310) 235-1400
5  Facsimile:  (310) 235-1490
   Email:  draizman@ertwllp.com
6          emin@ertwllp.com

7  Attorneys for Defendants
8  Pacific Hotel Management, LLC and
   Pacific Hotel Development Venture, L.P.

9

*E-filed 3/19/07*

10

11

12            UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA

14                SAN JOSE DIVISION

15

16  ACCESSIBILITY FOR ALL, INC., a New    Case No.  05 CV 4127 HRL
    York not for profit corporation, and
17  NELSON M. STERN, individually,        STIPULATION OF PARTIES TO
                                          DISMISS ENTIRE ACTION WITH
18              Plaintiffs,               PREJUDICE; [PROPOSED] ORDER

19     vs.

20  SHERATON PALO ALTO HOTEL,
    SHERATON CORP., PACIFIC HOTEL
21  MANAGEMENT LLC, PACIFIC HOTEL
    DEVELOPMENT VENTURE,
22  STANFORD UNIVERSITY – CLEMENT
    CHEN ASSOCIATES,
23
                Defendants.
24

25

26

27

28

1  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs

2  Accessibility for All, Inc. and Nelson M. Stern, on the one hand, and defendants Pacific

3  Hotel Management, LLC and Pacific Hotel Development Venture, L.P., on the other hand,

4  by and through their attorneys of record, stipulate that the entire action shall be dismissed

5  with prejudice as to all parties.

6

7  Dated:  February 14, 2007                    Respectfully submitted,

8                                               **EISENBERG RAIZMAN THURSTON & WONG LLP**
                                                 David H. Raizman
9                                                Elena S. Min

10                                               By:_____
11                                                    David H. Raizman
                                                 Attorneys for Defendants
12                                               Pacific Hotel Management, LLC and
                                                 Pacific Hotel Development Venture, L.P.
13

14  Dated:  February __, 2007                    Respectfully submitted,

15                                               **LAW OFFICES OF KIRK B. FREEMAN**
16                                               Kirk B. Freeman
                                                 Matthew A. Mallet
17

18                                               **LAW OFFICE OF NELSON M. STERN**
                                                 Nelson M. Stern
19
20                                               By:_____
                                                      Nelson M. Stern
21                                               Attorneys for Plaintiffs
                                                 Accessibility for All, Inc. and Nelson M. Stern
22

23                                **[PROPOSED] ORDER**

24     Pursuant to Stipulation, it is so ordered.
25
26  Dated:  __3/19/07__
27                                               _____
                                                 U.S. District Court/Magistrate Judge
28

EISENBERG | RAIZMAN | THURSTON | & WONG LLP
11601 Wilshire Blvd, Fifth Floor
Los Angeles, California 90025